# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 21-cr-02618-JLS |
| Plaintiff, | |
| vs. | ORDER TO CONTINUE |
| FRANCISCO RIOS-NAVARRO | |
| Defendant | |

THE COURT HEREBY ORDERS, upon joint motion of the parties, that the **October 22, 2021,** at **1:30 p.m.** be continued to **November 19, 2021 at 1:30 p.m.**

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), as well as under 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated: October 20, 2021

Hon. Janis L. Sammartino
United States District Judge

CNCN