**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HON. JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRANCISCO RIOS-NAVARRO,<br><br>　　　　　Defendant. | Case No.: 21-cr-02618-JLS<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING TRIAL SETTING DATE** |

　　　　Based on the foregoing motion, the Court hereby grants the Joint Motion to Continue the Motion Hearing Date in the above-entitled criminal matter from the presently calendared date of November 19, 2021 at 1:30 p.m. to December 17, 2021 at 1:30 p.m. and that time be excluded in the interim under the Speedy Trial Act in the interests of justice under 18 U.S.C. §§ 3161 (h)(7)(A), for the reasons set forth in the foregoing Joint Motion to Continue, as the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

　　　　IT IS SO ORDERED.

Dated: November 16, 2021

　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　United States District Judge